Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Attorneys for Plaintiff,*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PROFESSIONAL CREDIT SERVICE<br><br>    Defendants. | CIVIL ACTION FILE NO. 6:24-cv-01826-MK |

## STIPULATION OF DISMISSAL

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear their own costs and fees.

Dated: January 29, 2025

                                        Attorneys for Plaintiff,
                                        By Counsel

                                        */s/ Anthony I. Paronich*
                                        Anthony I. Paronich
                                        PARONICH LAW, P.C.
                                        350 Lincoln Street, Suite 2400

Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com


Attorneys for Defendant Professional Credit Service
COSGRAVE VERGEER KESTER LLP

*/s/ Timothy J. Fransen*
Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
900 SW Fifth Avenue, 24thFloor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019