IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHET MICHAEL WILSON,<br><br>                                      Plaintiff,<br><br>      v.<br><br>PROFESSIONAL CREDIT SERVICE,<br><br>                                    Defendant. | 6:24-cv-01826-MTK<br><br>JUDGMENT |

Based on the Stipulation of Dismissal (ECF No. 14), this matter is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear their own costs and fees.

Dated this <u>30th</u> day of January 2025.

                                                              MELISSA AUBIN
                                                              Clerk of Court

                                                              By:    <u>/s/ B. Davies</u>
                                                                           Deputy Clerk